UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Christner,<br><br>                        Plaintiff,<br><br>-against-<br><br>Wells Fargo & Company and<br>Wells Fargo Clearing Services, LLC d/b/a<br>Wells Fargo Advisors, LLC,<br><br>                        Defendants. | No. 1:24-cv-08953-AS<br><br>Hon. Arun Subramanian |

## [PROPOSED] ORDER TO TRANSFER ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a) AND THE FIRST-FILED RULE

The Court, having reviewed and considered the stipulation of the Parties to transfer this action to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a) and the first-filed rule, and good cause appearing therefore, hereby issues the following FINDINGS AND ORDERS:

1.     Four substantially similar putative class actions against Defendants have been consolidated before the Honorable Judge Vince Chhabria in the United States District Court for the Northern District of California (the "Consolidated Actions"). The above-captioned action, which seeks to certify a class and a sub-class that are identical to or subsumed in the Consolidated Actions' proposed classes and involves claims against the same Defendants in relation to the interest rates paid on Wells Fargo Advisors' customers' cash sweep accounts, was filed after the Consolidated Actions, on November 22, 2024. This Court therefore finds that transfer of venue from the Southern District of New York to the Northern District of California is warranted and will further the interests of justice, as it will facilitate the consolidation of these related cases,

promote the efficient adjudication of related cases in the same forum, and avoid unnecessarily burdening the Courts and the Parties with duplicate litigation in different forums.

2. The stipulation of the Parties to transfer venue of this case to the United States District Court for the Northern District of California is hereby APPROVED.

3. This case is hereby TRANSFERRED to the United States District Court for the Northern District of California for all further proceedings pursuant to 28 U.S.C. § 1404(a) and the first-filed rule.

4. The Clerk is directed to transfer this case to the United States District Court for the Northern District of California forthwith.

Dated: February 19, 2025

THE HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT COURT